THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BENDICKSEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.